**Electronically Filed
Supreme Court
SCWC-20-0000461
29-SEP-2022
09:22 AM
Dkt. 10 ODAC**

SCWC-20-0000461

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SASHA NARVAEZ,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000461; Case No. 1FFC-20-0000149)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Sasha Narvaez's

Application for Writ of Certiorari, filed on September 12, 2022,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 29, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd. W. Eddins

